**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

MARY E. BEASLEY
PERSONAL REPRESENTATIVE
FOR ESTATE OF DARRYL E. BEASLEY

    Plaintiff/Appellant

v.                                                                     Civil Action No. 13-1552
                                                                                          (3:12-cv-00006-JAG-MHL)

AARON BROWN, et al.,

    Defendants/Appellees.

**OBJECTION TO JOINT APPENDIX AND REQUEST TO FILE SUPPLEMENTAL
JOINT APPENDIX**

Come now Appellees Renee Brothers ("Brothers"), Anthony Anderson ("Anderson"), Aaron Brown ("Brown"), Kenneth Kepley ("Kepley") and Wanda Henderson ("Henderson") (collectively, "Defendants"), by counsel, and for their Objection to Joint Appendix, state as follows:

Appellant Mary E. Beasley ("Beasley") filed a purported joint appendix along with her brief by electronic filing on June 10, 2013. However, Beasley never consulted with Defendants on the contents of the appendix before its filing and Defendants were never provided a copy of the purported appendix before its electronic filing on June 10, 2013. Defendants' counsel responded to Beasley's counsel's request for time in which to discuss the appendix on May 30. Defendants' counsel did not hear from Beasley's counsel until he left a voicemail on Friday, June 7, which Defendants' counsel did not receive until Monday, June 10, 2013. The appendix did not include Exhibits L through O attached to Defendants' Rebuttal to Plaintiff's Response in Opposition to Motion for Summary Judgment, exhibits Defendants wished to be included.

For these reasons, Defendants respectfully request that the Court dismiss Beasley's appeal for failure to timely file a joint appendix, or, in the alternative, grant Defendants permission to attach these exhibits to their responsive brief, due on July 11, 2013, as a supplemental joint appendix with pagination of the exhibits beginning at page number 96 to represent a continuation of the appendix already filed by Beasley. If the Court requires a separately filed supplemental joint appendix, we ask that appellant bear the cost.

    /s/ Leslie A. Winneberger      .
William F. Etherington (VSB # 14152)
Leslie A. Winneberger (VSB # 45040)
Beale, Davidson, Etherington & Morris, P.C.
701 E. Franklin Street, Suite 1200
Richmond, Virginia 23219-2503
(804) 788-1500
(804) 788-0135 (facsimile)
wetherington@bealelaw.com
lwinneberger@bealelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of June, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    David Paul Morgan, Esquire
    Cravens & Noll, P.C.
    9011 Arboretum Parkway, Suite 200
    Richmond, Virginia 23236
    Counsel for Mary E. Beasley
    Personal Representative for
    Estate of Darryl E. Beasley

        /s/ Leslie A. Winneberger
William F. Etherington (VSB # 14152)
Leslie A. Winneberger (VSB # 45040)
701 East Franklin Street, Suite 1200
Richmond, Virginia 23219
(804) 788-1500
(804) 788-0135 (facsimile)
wetherington@bealelaw.com
lwinneberger@bealelaw.com