FILED: June 11, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1552
(3:12-cv-00006-JAG-MHL)
_____

MARY E. BEASLEY, Personal Representative for Estate of Darryl E. Beasley,

    Plaintiff – Appellant,

v.

ARRON BROWN; RENEE BROTHERS; ANTHONY ANDERSON; OFFICER HENDERSON; KENNETH KEPLEY, Captain,

    Defendants – Appellees.

_____

O R D E R
_____

Upon consideration of the unopposed motion for leave to file physical exhibit, the court grants the motion. Four copies of the DVD audio recording shall be filed as exhibit volumes to the joint appendix.

Upon consideration of the unopposed motion for leave to file a supplemental joint appendix at appellant's expense, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk